**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Daysi Diaz          JOINT DEBTOR: _____          CASE NO.: 17-17189 LMI
Last Four Digits of SS# 3093          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 979.28   for months 1 to 60;
  B.   $_____ for months ___ to ___;
  C.   $_____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $____0____  TOTAL PAID $____0____
                Balance Due    $____0____  payable $_____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. TotalBank                         Arrearage on Petition Date  $ 12,400.00
Address: c/o Javier Rodriguez, Esquire   Arrears Payment     $ 206.66  /month (Months 1 to 60)
Perez and Rodriguez P.A.             Regular Payment     $ 668.00  /month (Months 1 to 60)
95 Merrick Way Suite 600
Coral Gables, FL 33134
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                      Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 15.66 /month (Months 1 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

MDC Dept of Public Housing second mortgage will be paid outside the Plan.
MDC Economic Trust third mortgage does not have mortgage payments.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/  Daysi Diaz                                          Joint Debtor _____
Debtor
Date: June 21, 2017                                        Date: _____

LF-31 (rev. 01/08/10)