UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 17-17189 LMI
 Chapter 13

Daysi Diaz

Debtor_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 16-1 | Miami Dade County PHCD | $50.00 | The claim should be disallowed since the creditor claims $50.00 for a recording fee which is not allowed by the terms of the mortgage and creditor did not attach any proof of the $50.00 recording fee expenditure. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated October 25, 2017.

LEGAL SERVICES OF GREATER
MIAMI, INC.


By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: MCabrera@legalservicesmiami.org