UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Daysi Diaz,　　　　　　　　　　　　　Case No. 17-17189-LMI
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor
_____/

## NOTICE TO WITHDRAW DE 43 AND DE 44

Debtor Daysi Diaz, through the undersigned counsel, hereby withdraws her Objection to Claim on Shortened Notice [DE 43] and Notice of Hearing [DE 44] and states as follows:

1. Debtor Daysi Diaz filed its original Objection to Claim on Shortened Notice [DE 38] on October 5, 2017

2. Debtor Daysi Diaz filed a Notice of Hearing [DE 39] on October 5, 2017.

3. Debtor Daysi Diaz inadvertently filed the same Objection to Claim on Shortened Notice [DE 43] on October 25, 2017 and a Notice of Hearing [DE 44] on October 25, 2017.

4. Because the Debtor has filed the same Objection and Notice of Hearing twice, the Debtor hereby withdraws the second Objection to Claim on Shortened Notice [DE 43] and Notice of Hearing [DE 44].

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　LEGAL SERVICES OF GREATER MIAMI, INC.
　　　　　　　　　　　　　　　　BY_____/s/_____
　　　　　　　　　　　　　　　　　　Carolina Lombardi, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 241970
　　　　　　　　　　　　　　　　　　4343 W. Flagler Street, Suite 100
　　　　　　　　　　　　　　　　　　Miami, Florida  33137
　　　　　　　　　　　　　　　　　　Telephone: (305) 438-2413
　　　　　　　　　　　　　　　　　　CLombardi@legalservicesmiami.org

1