UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   DAISY DIAZ                                             Case No. 17-17189
                                                                Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 13, 2017, a true and correct copy of

Objection to Claim of Miami Dade County PHCD (DE49) and Notice of Hearing (DE50)

were transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

and sent by US Mail to:

Miami Dade County PHCD
701 NW 1st Court 14th Floor
Miami FL 33136


                     Respectfully submitted,
                     LEGAL SERVICES OF GREATER
                     MIAMI, INC.

                     By _____/s/_____
                        Carolina A. Lombardi
                        Florida Bar No. 241970
                        Attorney for Debtor
                        4343 West Flagler Street   Suite 100
                        Miami, FL 33137
                        Telephone: (305) 438-2427
                        Facsimile: (305) 774-5749
                        Primary Email: CLombardi@legalservicesmiami.org
                        Alt Email: MCabrera@legalservicesmiami.org