

**ORDERED in the Southern District of Florida on December 7, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   DAYSI DIAZ,                                Case No.17-17189 LMI

        Debtor(s) .                                Chapter 13
_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

This matter having been considered at hearing on December 5, 2017, upon the Debtor's Objection to Claim [DE # 49 ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 14-day shortened notice response time provided by Local Rule 3007-1(B) (2) has

expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

      **ORDERED** that Debtor's objection to the following claim is sustained:

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 9-2 | Miami Dade County PHCD | $50.00 | The claim is stricken. |

### #

**Submitted by:**
Carolina A. Lombardi, Attorney
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Phone and Facsimile: (305) 438-2427
Email:CLombardi@legalservicesmiami.org
Alt:MCabrera@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).