# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 17-17189-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

DAYSI DIAZ

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to **January 09, 2017** at **01:35 pm** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 8, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this 19th day of December, 2017.

                                          */s/ Nancy K. Neidich*_____
                                          NANCY K. NEIDICH, ESQUIRE
                                          STANDING CHAPTER 13 TRUSTEE
                                          P.O. BOX 279806
                                          MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.: 17-17189-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
DAYSI DIAZ
16961 SW 298 STREET
HOMESTEAD, FL  33030

**ATTORNEY FOR DEBTOR**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134

**CAROLINA A. LOMBARDI, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.