**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Daysi Diaz,    Case No.17-17189
                                                                     Chapter 13

        Debtor(s) .
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

**IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 31-1 | TotalBank | $13,680.39 | Creditor's Proof of Claim demands $1,000 for Attorney's fees on Part 1 line 3 and $250 in Bankruptcy/Proof of Claim fees on line 5. These amounts are in addition to $3,000 in attorney's fees in TotalBank's Final Judgment of Foreclosure, which $3,000 is provided for in Debtor's Plan. Since the creditor's only activity in this Chapter 13 case has been the filing of a standard Proof of Claim, creditor's demand for $1,500 in additional attorney fees is not reasonable pursuant to 11 U.S.C.A. § 506. Debtor believes $500 in total additional attorney's fees is reasonable. |

Dated December 11, 2017.

                                Respectfully submitted,

                                LEGAL SERVICES OF GREATER MIAMI, INC.

                                By: _____/s/_____
Carolina A. Lombardi, Esq.
Florida Bar No. 0241970
Attorney for Debtor
4343 W. Flagler St., Suite #100
Miami, Florida  33137
Telephone: (305) 438-2427
Fax: (305) 573-0080
Primary Email:Clombardi@legalservicesmiami.org
Alternate Email: mcabrera@legalservicesmiami.org