

ORDERED in the Southern District of Florida on February 2, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    DAYSI DIAZ,                          Case No.17-17189 LMI

         Debtor(s) .                           Chapter 13
_____/

**AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM**

This matter having been considered upon the Debtor's Objection to Claim of

TotalBank [DE # 51 ], and the Court having been advised that the parties are in

agreement, and that the relief to be granted in this order is the identical relief requested

in the objection, it is **ORDERED** that Debtor's objection to the following claim is sustained:

| Claim No. | Name of Claimant | Amount of Claim | Recommended Disposition |
|---|---|---|---|
| 31-1 | TotalBank | $13,680.99 | TotalBank's post petition bankruptcy attorneys fees and costs are $500.00. |

# # #

**Submitted by:**
Carolina A. Lombardi, Attorney
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Phone and Facsimile: (305) 438-2427
Email:CLombardi@legalservicesmiami.org
Alt:MCabrera@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).