UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:    DAISY DIAZ                                Case No. 17-17189
                                                    Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2018, a true and correct copy of the

Seventh Amended Plan [DE 77] was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

TotalBank
Johanna Castellon Vega, Attorney
jvega@almazanlaw.com

TotalBank
mcelaya@totalbank.com

Homestead Public Services
Aleida Martinez Molina, Attorney
AMartinez@wsh-law.com

**and by U.S. Mail to:**

Miami Dade County PHCD
701 NW 1st Court 14th Floor
Miami FL 33136

Homestead Public Services
P. O. Box 900430
Homestead, FL 33090-0430

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
   Carolina A. Lombardi
   Florida Bar No.  241970
   Attorney for Debtor
   4343 West Flagler Street   Suite 100
   Miami, FL 33137
   Telephone: (305) 438-2427
   Facsimile: (305) 774-5749
   Primary Email: CLombardi@legalservicesmiami.org
   Alt Email: SFreire@legalservicesmiami.org