UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Daysi Diaz
        Debtor(s) .                   Chapter 13
                                         Case No. 17-11789
_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Daysi Diaz moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1.    Debtor became delinquent in Plan payments because she lost her job in March 2018 and that, coupled with her tenant moving out on July 11, 2018, owing her June and July rent, left the debtor with no funds to make Plan payments.

2.    Debtor's friend has moved in and will be contributing to Plan payments until the debtor obtains other employment and tenants.

Dated July 27, 2018.

                                      Respectfully submitted,
                                      LEGAL SERVICES OF GREATER
                                      MIAMI, INC.

                                      By   /s/ Carolina A. Lombardi
                                         Carolina A. Lombardi
                                         Florida Bar No. 241970
                                         Attorney for Debtor
                                         4343 West Flagler Street, Suite #100
                                         Miami, FL 33134
                                         Phone and Facsimile: (305) 438-2427
                                         Email: CLombardi@legalservicesmiami.org
                                         Alt: SFreire@legalservicesmiami.org