# UNITED STATES BANKRUPTCY COURT
## MIAMI
## SOUTHERN DISTRICT OF FLORIDA DIVISION

**CASE NO.:  17-17189-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

DAYSI DIAZ

DEBTOR_____/

### REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **September 30, 2019**.  The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 15th day of October, 2019.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

CC: DAYSI DIAZ
    CAROLINA A. LOMBARDI, ESQUIRE