**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI   DIVISION**
www.flsb.uscourts.gov

In re:    Daysi Diaz                                              Case No:    17-17189 LMI
                                                                  Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE**
**AND CERTIFICATION THAT COUNSEL IS HOLDING FUNDS**

Pursuant to Local Rule 9013-1 (E), debtor Daysi Diaz moves the Court to reinstate her Chapter 13 case which was dismissed on October 16, 2019, for nonpayment.   Debtor's counsel certifies that she is holding the funds necessary to reinstate the case and is also holding the funds for the November 8, 2019, Plan payment. Dated November 5, 2019.

Respectfully submitted,
LEGAL SERVICES OF GREATER
   MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.   0241970
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Facsimile: (305) 438-2427
Primary Email: Clombardi@legalservicesmiami.org;
Alt. Email: Sfreire@legalservicesmiami.org