UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: DAYSI DIAZ,
        Debtor.
_____/

Case No.: 17-17189-LMI
Chapter: 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. Section 1111(a), Transferee, AVAIL HOLDING LLC, hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. R., of the transfer, other than for security, of the clam referenced in this Notice and evidence attached.

Transferor:    City National Bank of Florida (f/k/a Total Bank)

Transferee:    Avail Holding LLC, 2100 Ponce de Leon Boulevard, Suite 720, Coral Gables, Florida 33134

Name and Address where Notice to Transferee
should be sent: Denise M. Blackwell-Pineda, Esq.
    Ritter, Zaretsky, Lieber & Jaime, LLP
    2800 Biscayne Boulevard, Suite 500
    Miami, Florida 33137
    Email: Denise@rzllaw.com
    Phone: (305) 372-0933

Court Claim #: 31-1
Amount of Claim: $13,680.99
Date Claim Filed: 12/08/17
Last 4 Digits of Account: N/A

Name and Address where Transferee payments
should be sent: Avail Holding LLC
    c/o Planet Home Lending, LLC
    P.O. Box 69197
    Baltimore, MD 21264-9197
    Telephone: 1-866-882-8187

Last 4 Digits of Account: 2139

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

Dated: May 27, 2020

RITTER, ZARETSKY, LIEBER & JAIME, LLP
2800 Biscayne Boulevard, Suite 500
Miami, Florida 33137
Telephone: (305) 372-0933
Email: Denise@rzllaw.com

By:_____
Denise M. Blackwell-Pineda, Esq.
Florida Bar Number: 751421

*20.1837.17*

Prepared by:

VICTOR A. RECONDO, ESQ.
SOLOMON, COOPERMAN & RECONDO, LLP
1200 BRICKELL AVENUE, PH 2000
MIAMI, FLORIDA 33131

## ASSIGNMENT OF MORTGAGE

THIS ASSIGNMENT OF MORTGAGE is made and executed by **CITY NATIONAL BANK OF FLORIDA**, a national banking association, as successor by merger to TotalBank, a Florida banking corporation, whose address is 100 S.E. Second Street, 13th Floor, Miami, Florida 33131 ("Assignor") in favor of **AVAIL HOLDING LLC**, a Delaware limited liability company, whose address is 2100 Ponce De Leon Blvd., Suite 720, Coral Gables, Florida 33134 ("Assignee").

W I T N E S S E T H:

WHEREAS, Assignor is the owner and holder of a certain loan (the "Loan") made by Assignor to DAYSI MARTINEZ (the "Borrower"), as evidenced by, among other loan documents, that certain Note dated as of February 27, 2013, in the face amount of $72,000.00 from Borrower in favor of Assignor (the "Note");

WHEREAS, the Note is secured by *inter alia*, that certain Mortgage executed by Borrower in favor of Assignor on February 27, 2013, and recorded on March 4, 2013, in Official Records Book 28513, Page 3004, of the Public Records of Miami-Dade County, Florida (the "Mortgage");

WHEREAS, the Mortgage encumbers certain real property and improvements together with certain personal property located in Miami-Dade County, Florida, the legal description of which real property is set forth on Exhibit "A" attached hereto and made a part hereof (the "Mortgaged Property"); and

NOW, THEREFORE, for and in consideration of Ten and 00/100 Dollars ($10.00) and other good and valuable consideration paid by Assignee to Assignor, the receipt and adequacy of which are hereby acknowledged, Assignor does hereby grant, bargain, sell, assign, transfer and set over unto Assignee, its successors and assigns, all of Assignor's rights, title and interest in and to the Note, Mortgage and any other loan documents executed or granted by Borrower in connection with the Loan, which assignment shall be without recourse or warranty.

*[Remainder of page left blank. Signature page to follow.]*

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, as of the ___13___ day of March, 2020.

Signed, sealed and delivered
in the presence of:

_____
Print Name: __Ivonne Noda__

**CITY NATIONAL BANK OF FLORIDA**, a national banking association

By: _____ SVP
Name:  Susan J. Hanson
Title:  Senior Vice President

_____
Print Name: __Ruth Schildbach__

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by physical presence this __13__ day of March, 2020, by Susan J. Hanson, Senior Vice President of and on behalf of CITY NATIONAL BANK OF FLORIDA, a national banking association, who __✓__ is personally known to me or ___ produced his Florida driver's license as identification.

✓ physical presence
— online notarization

_____
NOTARY PUBLIC-State of Florida

RUTH SCHILDBACH
MY COMMISSION # GG 310604
EXPIRES: May 27, 2023
Bonded Thru Notary Public Underwriters

# Exhibit "A"

Legal Description of Mortgaged Property

---

Lot 9, in Block 1, of CHARLTON MANORS, according to the Plat thereof, as recorded in Plat Book 64, at Page 62, of the Public Records of Miami-Dade County, Florida.

Commonly known as 16961 SW 298th St, Homestead FL 33030