**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:  DAYSI DIAZ,                                                      Case No.: 17-17189-LMI
           Debtor.                                                          Chapter: 13
_____/

### NOTICE OF CHANGE OF PAYMENT ADDRESS FOR SECURED CREDITOR AVAIL HOLDING LLC

COMES NOW, the undersigned counsel and files this Notice of Change of Payment Address on behalf of AVAIL HOLDING LLC (POC #31), and requests that all future payments from the Chapter 13 Standing Trustee, be made to the following address:

**AVAIL HOLDING LLC**
**C/O PLANET HOME LENDING, LLC**
**321 RESEARCH PARKWAY, SUITE 303**
**MERIDEN, CT 06450**
**TELEPHONE: 1-866-882-8187**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following document was furnished via electronic transmission to Carolina A. Lombardi, Esquire, attorney for Debtor, at CLombardi@legalservicesmiami.org, Nancy K Neidich, Chapter 13 Standing Trustee, at e2c8f01@ch13miami.com, ecf2@ch13miami.com and to the parties who are currently on the list to receive e-mail notice/service for this case on May 28, 2020.

                                              /s/ Denise M. Blackwell-Pineda
                                              Denise M. Blackwell-Pineda, Esq.
                                              Florida Bar Number: 751421
                                              RITTER, ZARETSKY, LIEBER & JAIME, LLP
                                              2800 Biscayne Boulevard, Suite 500
                                              Miami, Florida 33137
                                              Telephone: (305) 372-0933
                                              Attorney for Creditor
                                              Email: denise@rzllaw.com

20.1837.17