### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____  Original Plan

☐ _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Second _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Daysi Diaz    JOINT DEBTOR: _____    CASE NO.: 17-17189

SS#: xxx-xx- 3093    SS#: xxx-xx-_____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $837.77    for months  1  to  39  ;
2. $893.88    for months  40  to  84  ;
3. $0.00       for months ____ to ____ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ■ NONE    ☐ PRO BONO

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Avail Holding LLC

   Address: c/o Planet Home Lending LLC
   321 Research Parkway
   Suite 303
   Meridian CT 06450

   Last 4 Digits of Account No.: 2139

   Other:

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $14,180.90 | |
   | Regular Payment (Maintain) | $572.30 | /month (Months 1 to 39 ) |
   | Regular Payment (Maintain) | $557.88 | /month (Months 40 to 84 ) |
   | Arrears Payment (Cure) | $195.05 | /month (Months 1 to 39 ) |
   | Arrears Payment (Cure) | $146.09 | /month (Months 40 to 84 ) |

Debtor(s): Daysi Diaz          Case number: 17-17189

■ Real Property              Check one below for Real Property:
   ■ Principal Residence     ■ Escrow is included in the regular payments
   ☐ Other Real Property     ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
16961 SW 298 Street
Homestead, FL 33030

☐ Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE
   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Miami Dade County PHCD | 6043 | 16961 SW 298 Street Homestead, FL 33030 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ■ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay  $20.33  /month (Months  40  to  84 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☐ NONE

  1. Name of Creditor: City of Homestead
     Payment Address: Aleida Martinez Molina, Esq, 2525 Ponce de Leon Blvd. Suite 700, Coral Gables, FL 33134
     Last 4 Digits of Account No.: 3545
     Basis for Separate Classification: This is a debt owed for post petition utility charges and payment of these charges are necessary for Debtor's performance under the Plan. Debtor has incurred an additional $2344 in post petition utility charges which have been added to amount owed.
     Payable  $28.73  /month (Months  1  to  39 )
     Payable  $88.32  /month (Months  40  to  84 )

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
   ■ NONE

Debtor(s): Daysi Diaz Case number: 17-17189

| | | |
|---|---|---|
| VII. | **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE | |

☑ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII.   **NON-STANDARD PLAN PROVISIONS**  ☑ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____ 	_____ Joint Debtor _____
Daysi Diaz                                              Date                                                                                         Date

_____   September 16, 2020
Carolina A. Lombardi              Date
Attorney with permission to sign on
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**