**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   DAYSI DIAZ,                                        Case No.: 17-17189-LMI
                                                                              Chapter: 13

_____
                 Debtor(s)

**NOTICE OF UNAVAILABILTY OF DENISE M. BLACKWELL-PINEDA,**
**COUNSEL FOR SECURED CREDITOR, AVAIL HOLDING LLC**

Please take notice that the undersigned attorney for Creditor, AVAIL HOLDING LLC, will be unavailable the following days: **(a) July 27, 2021 through August 2, 2021 and (b) August 9, 2021 through August 13, 2021.**

In connection therewith, the undersigned counsel requests that no motions, hearings, 341 Meetings, trials, conferences, etc. be set during these timeframes and moves for a continuance if any are so set. The undersigned also requests that no depositions be set during these timeframes and moves for a protective order if any are set.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via electronic transmission to Matt Bayard, Esquire, attorney for Debtor, Mbayard@legalservicesmiami.org and crodriguez@legalservicesmiami.org  Nancy Herkert, Chapter 13 Standing Trustee, at e2c8f01@ch13miami.com, ecf2@ch13miami.com and to the parties who are currently on the list to receive e-mail notice/service for this case on June 21, 2021.

RITTER, ZARETSKY, LIEBER & JAIME, LLP

Attorneys for Movant Lucia Guevara
2800 Biscayne Boulevard, Suite 500
Miami, Florida 33137
Telephone: (305) 372-0933
Email: Denise@rzllaw.com

By: /s/ Denise M. Blackwell-Pineda
Denise M. Blackwell-Pineda, Esq.
Florida Bar No. 751421